UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
ORLANDO DIVISION

RENA A. PAUL,

          Plaintiff,

-vs-                                        Case No. 6:02-cv-535-Orl-28JGG

COMMISSIONER OF SOCIAL
SECURITY,

          Defendants.

## ORDER

This case is before the Court on Plaintiff's Motion To Reopen Case (Doc. No. 46), and Plaintiff's Motion For Leave To File Supplemental Amended Complaint (Doc. 47), filed November 29, 2006. The United States Magistrate Judge has submitted a report recommending that the motions be denied.

After an independent *de novo* review of the record in this matter, and noting that no objections were timely filed, the Court agrees entirely with the findings of fact and conclusions of law in the Report and Recommendation. Therefore, it is **ORDERED** as follows:

1. That the Report and Recommendation filed January 24, 2007 (Doc. No. 51) is **ADOPTED** and **CONFIRMED** and made a part of this Order.

2. Plaintiff's Motion To Reopen Case (Doc. No. 46) is **DENIED**.

3. Plaintiff's Motion For Leave To File Supplemental Amended Complaint (Doc. No. 47) is **DENIED**.

DONE and ORDERED in Chambers, Orlando, Florida this 15th day of February, 2007.

/s/ John Antoon II
JOHN ANTOON II
United States District Judge

Copies furnished to:

United States Magistrate Judge
Counsel of Record
Unrepresented Party